[No. 22934-0-II.　Division Two.　February 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD R. GILBRIDE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00261-3, James B. Sawyer II, J., entered January 22, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Houghton, JJ.

[No. 22959-5-II.　Division Two.　February 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MOHRMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-8-01756-3, Paula Casey, J., entered February 12, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 23017-8-II.　Division Two.　February 19, 1999.]

PAUL BENTLEY, *Appellant*, v. RON G. ENGELLAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-10288-7, Nile E. Aubrey, J., entered January 16, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 23095-0-II.　Division Two.　February 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY BRUCE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01662-2, James D. Ladley, J., entered March 17, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.